| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>5hyte, Ronald M. | 2. Court or Organization<br><br>Northern District California | 3. Date of Report<br><br>05/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>280 S. First Street<br>San Jose, CA 95113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Exec. Committee | Santa Clara Inn of Court |
| 2. Member | Intellectual Property Board of Advisors - George Washington Law School |
| 3. Member | Santa Clara Law School IP Advisory Board |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

5hyte , Ronald M.

| Name of Person Reporting | Date of Report |
|---|---|
| 5hyte, Ronald M. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Court Designated Child Advocates - wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 5hyte, Ronald M. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shyte, Ronald M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Emeryville Redev Bond | A | Interest | J | T | | | | | |
| 2. Sacramento Utility Bond | A | Interest | J | T | | | | | |
| 3. California Water Bond due 2016 | A | Interest | J | T | | | | | |
| 4. California Water Bond due 2018 | A | Interest | J | T | | | | | |
| 5. Davis NY Venture Mut Fund | B | Dividend | M | T | Sold (part) | 07/13/10 | J | A | |
| 6. Davis NY Venture Mut Fund | | | | | Sold (part) | 10/12/10 | J | A | |
| 7. Templeton Foreign Fund | B | Dividend | L | T | Sold (part) | 04/15/10 | L | A | |
| 8. Prudential (Dryden) Cal Muni Fund | B | Dividend | K | T | | | | | |
| 9. Pax World Fund | C | Dividend | M | T | | | | | |
| 10. First Eagle Global Fund | C | Dividend | M | T | Sold (part) | 04/15/10 | K | E | |
| 11. Bank of the West Acct | A | Interest | J | T | | | | | |
| 12. Bank of the West Acct | A | Interest | K | T | | | | | |
| 13. Condo, Ketchum, Blaine County, ID | D | Rent | N | S | | | | | |
| 14. Condo, Los Gatos, Santa Clara County, CA | | None | N | S | | | | | |
| 15. Calamos Investment Trust Growth Fund | | None | L | T | | | | | |
| 16. Eaton Vance Health Science Fund | D | Dividend | L | T | | | | | |
| 17. von Weise Properties, LLC | E | Distribution | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 5hyte, Ronald M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Artio Inter Fund (Julius Baer) | B | Dividend | J | T | Sold (part) | 12/31/10 | L | A | |
| 19. Oppenheimer Dev Mrks Fd | A | Dividend | K | T | | | | | |
| 20. Chase (formerly Wash Mut Bank) | A | Interest | J | T | | | | | |
| 21. Rosemead Ca 3.5 Redev Bond | B | Interest | | | Redeemed | 10/01/10 | L | A | |
| 22. Ceres Ca Redev Bond | A | Interest | K | T | | | | | |
| 23. Solano CA 3.5% Bond | B | Interest | K | T | | | | | |
| 24. Pomona CA Bond | B | Interest | L | T | | | | | |
| 25. CMA Money Fund | A | Dividend | J | T | | | | | |
| 26. ML Bank Deposit | A | Interest | M | T | | | | | |
| 27. Sacramento San Bd | B | Interest | L | T | | | | | |
| 28. Reassure Annuity | D | Interest | M | T | | | | | |
| 29. Fremont CA Un High Sch Bond | B | Interest | K | T | | | | | |
| 30. Alameda Corridor Tran Bond | | None | L | T | | | | | |
| 31. San Jose Redev Agy Bond | C | Interest | L | T | | | | | |
| 32. CD Captial One Bk | D | Interest | | | Redeemed | 12/03/10 | M | A | |
| 33. CD American Express Bk | D | Interest | M | T | | | | | |
| 34. Dreyfus Appreciation Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | II1 =$1,000,001 - $5,000,000 | II2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 5hyte, Ronald M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. FIA Card Services NA | | None | M | T | | | | | |
| 36. Pimco Short Term Fd. | C | Dividend | M | T | Sold (part) | 04/15/10 | L | B | |
| 37. USAA Cornerstone Strat Fund | A | Dividend | J | T | | | | | |
| 38. Blackrock Global Alloc. Fund | B | Dividend | M | T | Buy | 04/15/10 | M | | |
| 39. Currency Shares-Australian Dollars | A | Interest | J | T | Buy | 01/13/10 | J | | |
| 40. Currency Shares-Canadian ETF | A | Interest | J | T | Buy | 01/13/10 | J | | |
| 41. i Shares Barclays 1-3 year credit | B | Dividend | K | T | Buy | 01/13/10 | K | | |
| 42. i Shares Barclays 1-3 Treas. | A | Dividend | K | T | Buy | 01/13/10 | K | | |
| 43. Ivy Asset Strategy Fd | A | Dividend | L | T | Buy | 04/15/10 | L | | |
| 44. Merck Hard Currency Fd. | A | Dividend | K | T | Buy | 04/27/10 | K | | |
| 45. Pimco Commodity RR Strat. | C | Dividend | K | T | Buy | 04/16/10 | K | | |
| 46. Sector SPDR Utilities | A | Dividend | K | T | Buy | 04/15/10 | K | | |
| 47. SPDR Gold Trust | | None | K | T | Buy | 04/19/10 | J | | |
| 48. SPDRS P Divd ETF | A | Dividend | K | T | Buy | 04/15/10 | K | | |
| 49. Vanguard MSCI Emerg | A | Dividend | K | T | Buy | 04/16/10 | K | | |
| 50. Wisdomtree Inv. Inc. | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 51. Currency Shares Swiss Fr. | | None | | | Buy | 01/13/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 5hyte, Ronald M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Currency Shares Swiss Fr. | | None | | | Sold | 04/15/10 | J | A | |
| 53. ML IRA Acct Cash | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 5hyte, Ronald M. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, items 5 and 6: Item 5 shows the income received during the reporting period from the shares held in the NY Davis fund and the vlaue of the asset held at the end of the reporting period. Item 6 just shows the value and gain realized from the second sales transaction of a portion of the NY Davis fund holding during the reporting period.

Part VII, Item 13: Ketchum ID condo's assessed value is $414,000.

Part VII, Item 14: Los Gatos CA condo's assessed value is $264,754.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald M. 5hyte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) 5hyte, Ronald M. | 2. Court or Organization Northern District California | 3. Date of Report 05/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address U.S. District Court 280 S. First Street San Jose, CA 95113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Exec. Committee | Santa Clara Inn of Court |
| 2. Member | Intellectual Property Board of Advisors - George Washington Law School |
| 3. Member | Santa Clara Law School IP Advisory Board |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

5hyte , Ronald M. A

| Name of Person Reporting | Date of Report |
|---|---|
| 5hyte, Ronald M. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Court Designated Child Advocates - wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shyte, Ronald M. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 5hyte, Ronald M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Emeryville Redev Bond | A | Interest | J | T | | | | | |
| 2. Sacramento Utility Bond | A | Interest | J | T | | | | | |
| 3. California Water Bond due 2016 | A | Interest | J | T | | | | | |
| 4. California Water Bond due 2018 | A | Interest | J | T | | | | | |
| 5. Davis NY Venture Mut Fund | B | Dividend | M | T | Sold<br>(part) | 07/13/10 | J | A | |
| 6. Davis NY Venture Mut Fund | | | | | Sold<br>(part) | 10/12/10 | J | A | |
| 7. Templeton Foreign Fund | B | Dividend | L | T | Sold<br>(part) | 04/15/10 | L | A | |
| 8. Prudential (Dryden) Cal Muni Fund | B | Dividend | K | T | | | | | |
| 9. Pax World Fund | C | Dividend | M | T | | | | | |
| 10. First Eagle Global Fund | C | Dividend | M | T | Sold<br>(part) | 04/15/10 | K | E | |
| 11. Bank of the West Acct | A | Interest | J | T | | | | | |
| 12. Bank of the West Acct | A | Interest | K | T | | | | | |
| 13. Condo, Ketchum, Blaine County, ID | D | Rent | N | S | | | | | |
| 14. Condo, Los Gatos, Santa Clara County, CA | | None | N | S | | | | | |
| 15. Calamos Investment Trust Growth Fund | | None | L | T | | | | | |
| 16. Eaton Vance Health Science Fund | D | Dividend | L | T | | | | | |
| 17. von Weise Properties, LLC | E | Distribution | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 5hyte, Ronald M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Artio Inter Fund (Julius Baer) | B | Dividend | J | T | Sold (part) | 12/31/10 | L | A | |
| 19. Oppenheimer Dev Mrks Fd | A | Dividend | K | T | | | | | |
| 20. Chase (formerly Wash Mut Bank) | A | Interest | J | T | | | | | |
| 21. Rosemead Ca 3.5 Redev Bond | B | Interest | | | Redeemed | 10/01/10 | L | A | |
| 22. Ceres Ca Redev Bond | A | Interest | K | T | | | | | |
| 23. Solano CA 3.5% Bond | B | Interest | K | T | | | | | |
| 24. Pomona CA Bond | B | Interest | L | T | | | | | |
| 25. CMA Money Fund | A | Dividend | J | T | | | | | |
| 26. ML Bank Deposit | A | Interest | M | T | | | | | |
| 27. Sacramento San Bd | B | Interest | L | T | | | | | |
| 28. Reassure Annuity | D | Interest | M | T | | | | | |
| 29. Fremont CA Un High Sch Bond | B | Interest | K | T | | | | | |
| 30. Alameda Corridor Tran Bond | | None | L | T | | | | | |
| 31. San Jose Redev Agy Bond | C | Interest | L | T | | | | | |
| 32. CD Captial One Bk | D | Interest | | | Redeemed | 12/03/10 | M | A | |
| 33. CD American Express Bk | D | Interest | M | T | | | | | |
| 34. Dreyfus Appreciation Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 5hyte, Ronald M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. FIA Card Services NA | | None | M | T | | | | | |
| 36. Pimco Short Term Fd. | C | Dividend | M | T | Sold (part) | 04/15/10 | L | B | |
| 37. USAA Cornerstone Strat Fund | A | Dividend | J | T | | | | | |
| 38. Blackrock Global Alloc. Fund | B | Dividend | M | T | Buy | 04/15/10 | M | | |
| 39. Currency Shares-Australian Dollars | A | Interest | J | T | Buy | 01/13/10 | J | | |
| 40. Currency Shares-Canadian ETF | A | Interest | J | T | Buy | 01/13/10 | J | | |
| 41. i Shares Barclays 1-3 year credit | B | Dividend | K | T | Buy | 01/13/10 | K | | |
| 42. i Shares Barclays 1-3 Treas. | A | Dividend | K | T | Buy | 01/13/10 | K | | |
| 43. Ivy Asset Strategy Fd | A | Dividend | L | T | Buy | 04/15/10 | L | | |
| 44. Merck Hard Currency Fd. | A | Dividend | K | T | Buy | 04/27/10 | K | | |
| 45. Pimco Commodity RR Strat. | C | Dividend | K | T | Buy | 04/16/10 | K | | |
| 46. Sector SPDR Utilities | A | Dividend | K | T | Buy | 04/15/10 | K | | |
| 47. SPDR Gold Trust | | None | K | T | Buy | 04/19/10 | J | | |
| 48. SPDRS P Divd ETF | A | Dividend | K | T | Buy | 04/15/10 | K | | |
| 49. Vanguard MSCI Emerg | A | Dividend | K | T | Buy | 04/16/10 | K | | |
| 50. Wisdomtree Inv. Inc. | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 51. Currency Shares Swiss Fr. | | None | | | Buy | 01/13/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 5hyte, Ronald M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Currency Shares Swiss Fr. | | None | | | Sold | 04/15/10 | J | A | |
| 53. ML IRA Acct Cash | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 5hyte, Ronald M. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, items 5 and 6: Item 5 shows the income received during the reporting period from the shares held in the NY Davis fund and the vlaue of the asset held at the end of the reporting period. Item 6 just shows the value and gain realized from the second sales transaction of a portion of the NY Davis fund holding during the reporting period.

Part VII, Item 13: Ketchum ID condo's assessed value is $414,000.

Part VII, Item 14: Los Gatos CA condo's assessed value is $264,754.

| Name of Person Reporting | Date of Report |
|---|---|
| 5hyte, Ronald M. | 05/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ronald M. 5hyte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544